## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RICHARD K BLACK
Reg. #32832-074                                                                 PETITIONER

VS.                          2:14CV00014 BSM/JTR

ANTHONY HAYNES,
Warden, FCI Forrest City                                                         RESPONDENT

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

Mail any objections to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## I. Discussion

In this § 2241 habeas action, Petitioner argues that the BOP did not correctly compute the commencement date of his federal sentence as it was stated by his sentencing judge in the Eastern District of Tennessee. *Doc. 1*. He requests a sentence adjustment.

Respondent concedes that the BOP originally miscalculated the commencement of Petitioner's sentence, and states that it has adjusted Petitioner's sentence "[t]o meet the intent of the Sentencing Court[.]" *Doc. 6*.

Because Petitioner's requested relief is moot, the Court recommends that this habeas action be dismissed, with prejudice.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DENIED, AS MOOT, and this case be DISMISSED, WITH PREJUDICE.

Dated this 1st day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE