**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**RICHARD K. BLACK**                                                                                  **PETITIONER**
Reg. #32832-074

v.                                   **CASE NO. 2:14CV00014 BSM**

**ANTHONY HAYNES,**                                                                                **RESPONDENT**
**Warden, FCI Forrest City**

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly, petitioner Richard K. Black's petition for a writ of habeas corpus, under 28 U.S.C. § 2241, is denied as moot, and this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE